Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jeffrey A. Bollers, Esq.
Nevada Bar No. 016501
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jeffrey.Bollers@wilsonelser.com
*Attorneys for Defendants United States Automobile
Association, USAA Casualty Insurance Company and
Garrison Property and Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON KAREN, individually; GUDRUN KAREN, individually, <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY; GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY; AUTO INJURY SOLUTIONS, INC.; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, <br><br> Defendants | Case No.  2:24-cv-02089-CDS-DJA <br><br> **Order Approving STIPULATION TO EXTEND TIME FOR USAA DEFENDANTS TO FILE REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** <br><br> [ECF No. 21] |

Plaintiffs Allison Karen and Gudrun Karen, by and through their attorney of record Peter M. Angulo, Esq., and Defendants United States Automobile Association, USAA Casualty Insurance Company and Garrison Property and Casualty Company ("USAA Defendants") by and through their attorneys of record, Sheri M. Thome, Esq. and Jeffrey A. Bollers, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate pursuant to Local Rule IA 6-1 to extend the time for the USAA Defendants to submit their Reply in Support of their Partial Motion to Dismiss as follows:

///

1.      The USAA Defendants filed a Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) on December 18, 2024. [ECF 17]

2.      Plaintiffs filed their Response in Opposition on January 2, 2025.  [ECF 20]

3.      Pursuant to LR 7-2(b), the USAA Defendants' Reply in Support of the Partial Motion to Dismiss is due January 9, 2025.

4.      The parties have conferred and hereby stipulate to extend the time for the USAA Defendants to file their Reply in Support of the Partial Motion to Dismiss by seven days, until January 16, 2025.

5.      The stipulated extension will afford counsel for the USAA Defendants sufficient time to confer with the client representatives about Plaintiffs' Response, the arguments to be raised in the Reply, and the bases therefor. The opportunity to do so earlier has been restricted by counsel's limited availability due to other obligations and related travel.

6.      No party will be prejudiced by the stipulated seven-day extension, nor will the stipulated extension unduly delay resolution of any issues in this case.

7.      This stipulation is entered into in good faith, and not for purposes of delay or any other improper reason.

///
///
///
///
///
///
///
///
///
///

1

**IT IS SO STIPULATED.**

2

3

4    Dated this 7th day of January 2025        Dated this 7th day of January 2025

5    ANGULO LAW GROUP                          WILSON, ELSER, MOSKOWITZ, EDELMAN
                                                & DICKER LLP
6

7    By:    /s/ Peter M. Angulo                By:    /s/ Jeffrey A. Bollers
            Peter M. Angulo, Esq.                      Sheri M. Thome, Esq.
8           Nevada Bar No. 3672                        Nevada Bar No. 008657
            5545 S. Mountain Vista St., Suite F        Jeffrey A. Bollers, Esq.
9           Las Vegas, Nevada 89120                    Nevada Bar No. 016501
            *Attorney for Plaintiffs Allison Karen*    6689 Las Vegas Blvd. South, Suite 200
            *and Gudrun Karen*                         Las Vegas, Nevada 89119
10                                                      *Attorneys for Defendants United States*
                                                        *Automobile Association, USAA Casualty*
11                                                      *Insurance Company and Garrison*
                                                        *Property and Casualty Insurance*
12                                                      *Company*

13
                                **ORDER**
14

15        Based on the parties' stipulation, the USAA defendants must file their reply in support of

16   their partial motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) no later than January 16, 2025.

17

18   _____
                                                UNITED STATES DISTRICT JUDGE
19

20

21   DATED:  _January 8, 2025_____

22

23

24

25

26

27

28