McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for Defendant AUTO INJURY
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON KAREN, individually, GUDRUN KAREN, individually,<br><br>Plaintiffs<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, an insurance exchange; USAA CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Nevada; GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Nevada; AUTO INJURY SOLUTIONS, INC., a foreign corporation doing business in Nevada; DOES I through X, and ROE CORPORATION XI through XX, inclusive,<br><br>Defendants | Case No. 2:24-cv-02089-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO AUTO INJURY SOLUTIONS, INC.'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 30] |

Plaintiffs Allison Karen and Gudrun Karen, by and through their attorney of record Peter M. Angulo, Esq., and Defendant Auto Injury Solutions, Inc. ("AIS Defendants") by and through their attorneys of record, Jonathan W. Carlson, Esq., of McCormick Barstow LLP, hereby stipulate pursuant to Local Rule IA 6-1 to extend the time for the AIS Defendants to submit their Reply in Support of their Motion to Dismiss as follows:

1. AIS Defendant filed a Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) on January 17, 2025. [ECF 24]

2. Plaintiffs filed their Response in Opposition on January 31, 2025. [ECF 27]

3. Pursuant to LR 7-2(b), the AIS Defendant's Reply in Support of the Motion to Dismiss is due February 7, 2025.

4. The parties have conferred and hereby stipulate to extend the time for the AIS to file their Reply in Support of the Motion to Dismiss by seven days, until February 14, 2025.

5. The stipulated extension will afford counsel for AIS Defendant sufficient time to confer with the client representatives about Plaintiffs' Response, the arguments to be raised in the Reply, and the bases therefor. The opportunity to do so earlier has been restricted by counsel's limited availability due to other obligations.

6. No party will be prejudiced by the stipulated seven-day extension, nor will the stipulated extension unduly delay resolution of any issues in this case.

7. This stipulation is entered into in good faith, and not for purposes of delay or any other improper reason.

**IT IS SO STIPULATED AND AGREED:**

DATED this 7th day of February, 2025

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By     /s/ Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Auto Injury Solutions, Inc.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

2

Re: <u>KAREN v. UNITED SERVICES AUTOMOBILE ASSOCIATION</u>, et al.
Case No. 2:24-cv-02089-CDS-DJA

DATED this 7th day of February, 2025

ANGULO LAW GROUP

By     /s/ Peter M. Angulo
Peter M. Angulo, Esq.
5545 S. Mountain Vista St., Suite F
Las Vegas, Nevada 89120
Tel. (702) 384-8000
Attorneys for Allison Karen and Gudrun Karen

## ORDER

Based on the parties' stipulation, the deadline for Auto Injury Solutions, Inc. to file its reply in support of the motion to dismiss is extended to February 14, 2025.

Dated: February 10, 2025

_____
UNITED STATES DISTRICT JUDGE

11160677.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2025, a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO AUTO INJURY SOLUTIONS, INC.'S MOTION TO DISMISS (First Request)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

4