Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for United Services Automobile Association,*
*USAA Casualty Insurance Company, and Garrison*
*Property and Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLISON KAREN, individually; GUDRUN KAREN, individually,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, an insurance exchange; USAA CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Nevada; GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Nevada; AUTO INJURY SOLUTIONS, INC., a foreign corporation doing business in Nevada; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>      Defendants. | Case No. 2:24-cv-02089-CDS-DJA<br><br>**SUBSTITUTION OF COUNSEL FOR GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** |

  PLEASE TAKE NOTICE that Defendant Garrison Property and Casualty Insurance Company substitutes Mary E. Bacon of Spencer Fane LLP, as attorney of record in place of Sheri M. Thome and Jeffrey A. Bollers of Wilson Elsener Moskowitz Edelman & Dicker LLP.

I consent to the above substitution.

*s/ Jeffrey A. Bollers*                                                             Dated: 4/10/2025
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jeffrey A. Bollers, Esq.
Nevada Bar No. 016501
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for United Services Automobile Association, USAA Casualty Insurance Company, and Garrison Property and Casualty Insurance Company*

I accept the above substitution. I am duly admitted to practice in this United States District Court.

*s/ Mary E. Bacon*                                                             Dated: 4/14/2025
Mary E. Bacon, Esq.
Nevada Bar No. 12686
SPENCER FANE LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for United Services Automobile Association, USAA Casualty Insurance Company, and Garrison Property and Casualty Insurance Company*

*s/ Larissa S. Fields,* Associate General Counsel                    Dated: 4/14/2025
Garrison Property and Casualty Insurance Company

**APPROVED.**

Dated this ___15th___ day of ___April___ 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DN 6163034.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2025, a true and correct copy of **SUBSTITUTION OF COUNSEL FOR GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: /s/ Adam Miller
Spencer Fane LLP

DN 6163034.1