| | |
|---|---|
| 1 | Mary E. Bacon, Esq. |
| 2 | (NV Bar No. 12686) |
|   | SPENCER FANE LLP |
| 3 | 300 S. Fourth Street, Suite 1600 |
|   | Las Vegas, NV 89101 |
| 4 | Telephone: (702) 408-3400 |
|   | Facsimile (702) 408-3401 |
| 5 | Email: mbacon@spencerfane.com |

*Attorneys for United Services Automobile Association,*
*USAA Casualty Insurance Company, and Garrison*
*Property and Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLISON KAREN, individually; GUDRUN KAREN, individually, | Case No. 2:24-cv-02089-CDS-DJA |
| Plaintiffs, | **SUBSTITUTION OF COUNSEL FOR UNITED SERVICES AUTOMOBILE ASSOCIATION** |
| vs. | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, an insurance exchange; USAA CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Nevada; GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Nevada; AUTO INJURY SOLUTIONS, INC., a foreign corporation doing business in Nevada; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant United Services Automobile Association substitutes Mary E. Bacon of Spencer Fane LLP, as attorney of record in place of Sheri M. Thome and Jeffrey A. Bollers of Wilson Elsener Moskowitz Edelman & Dicker LLP.

1  I consent to the above substitution

2

3  *s/ Jeffrey A. Bollers*                                    Dated: 4/10/2025
   Sheri M. Thome, Esq.
4  Nevada Bar No. 008657
   Jeffrey A. Bollers, Esq.
5  Nevada Bar No. 016501
   WILSON, ELSER, MOSKOWITZ,
6  EDELMAN & DICKER LLP
   6689 Las Vegas Blvd. South, Suite 200
7  Las Vegas, Nevada 89119
   *Attorneys for United Services Automobile*
8  *Association, USAA Casualty Insurance*
   *Company, and Garrison Property and Casualty*
9  *Insurance Company*

10

11
   I accept the above substitution. I am duly
12 admitted to practice in this United States District
   Court.
13

14  *s/ Mary E. Bacon*                                          Dated: 4/14/2025
    Mary E. Bacon, Esq.
15  Nevada Bar No. 12686
    SPENCER FANE LLP
16  300 South Fourth Street, Suite 1600
    Las Vegas, Nevada 89101
17
    *Attorneys for United Services Automobile*
18  *Association, USAA Casualty Insurance*
    *Company, and Garrison Property and Casualty*
19  *Insurance Company*

20

21  *s/ Larissa S. Fields,* Associate General Counsel       Dated: 4/14/2025
    United Services Automobile Association
22

23
         **APPROVED.**
24
         DATED this 15th day of April 2025.
25

26
                                     _____
27                                   DANIEL J. ALBREGTS
                                     UNITED STATES MAGISTRATE JUDGE
28

DN 6163034.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2025, a true and correct copy of **SUBSTITUTION OF COUNSEL FOR UNITED SERVICES AUTOMOBILE ASSOCIATION** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: /s/ Adam Miller
Spencer Fane LLP

DN 6163034.1