**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ALLISON KAREN, individually,
GUDRUN KAREN, individually

    Plaintiffs

vs.

UNITED SERVICES AUTOMOBILE
ASSOCIATION; et. al.

    Defendants

Case #2:24-cv-02089-CDS-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00
[ECF No. 43]

_____Grant E. Hogan, Esq._____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Klein Cook Olson, LLC_____
(firm name)

with offices at _____2130 Resort Drive, Unit E_____,
(street address)

_____Steamboat Springs_____, _____Colorado_____, _____80487_____,
(city) (state) (zip code)

_____303-818-5745_____, _____ghogan@kco-law.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Auto Injury Solutions ("AIS")_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___October 21, 2024___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Colorado___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Colorado | 10/21/2024 | 60627 |
| State of Iowa | 3/3/2025 | AT0016293 |
| United States District Court for the District of CO | 10/23/2024 | N/A |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

NONE

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Grant E Hogan*
(Petitioner's signature)

STATE OF ____Colorado____ )
COUNTY OF ____Arapahoe____ )

____Grant Everett Hogan____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Grant E Hogan*
(Petitioner's signature)

Subscribed and sworn to before me this

__8th__ day of __April__, __2025__.

_____
Notary Public or Clerk of Court

JACOB TYLER OLSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID# 20254007708
MY COMMISSION EXPIRES FEBRUARY 26, 2029

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Johnathan W. Carlson____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____8337 West Sunset Road, Suite 350____,
(street address)

____Las Vegas____, ____Nevada____, ____89113____,
(city)           (state)           (zip code)

____702-949-1101____, ____jonathan.carlson@mccormickbarstow.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Johnathan W. Carlson_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

*Robert C. Levels*
(party's signature)

Robert C. Levels, Associate General Counsel, CCC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/Jonathan W. Carlson
Designated Resident Nevada Counsel's signature

010536                    jonathan.carlson@mccormickbarsto
Bar number                Email address

APPROVED:

Dated: April 23, 2025

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16