Mary E. Bacon
(Nevada Bar No. 12686)
Tiffany Solari
(Nevada Bar No. 16003)
Kurt M. Rozelsky
(admitted *pro hac vice*)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: mbacon@spencerfane.com
Email: tsolari@spencerfane.com
Email: krozelsky@spencerfane.com

*Attorneys for United Services Automobile Association, USAA Casualty Insurance Company, and Garrison Property and Casualty Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON KAREN, individually; GUDRUN KAREN, individually,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, an insurance exchange; USAA CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Nevada; GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Nevada; AUTO INJURY SOLUTIONS, INC., a foreign corporation doing business in Nevada; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-02089-CDS-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>(First Request) |

Plaintiffs Allison Karen and Gudrun Karen ("Plaintiffs"), and Defendants United

Services Automobile Association, USAA Casualty Insurance Company and Garrison Property and

Casualty Insurance Company (collectively, "USAA Defendants"), by and through their respective attorneys of record, hereby submit the following Stipulation to Extend Time for Defendants to Respond to Plaintiff's First Amended Complaint. This is the first request to extend the time to for Defendants to respond to Plaintiff's First Amended Complaint.

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1. This is the first requested extension of time of the USAA Defendants to file a responsive pleading to Plaintiffs' First Amended Complaint.

2. Plaintiffs served their First Amended Complaint on August 5, 2025 [EFC 53].

3. The USAA Defendants' responsive pleading deadline is currently August 19, 2025.

4. Plaintiffs and the USAA Defendants hereby stipulate to extend the Defendants' responsive pleading deadline by ten (10) days, up to and including August 29, 2025.

5. The stipulated extension will afford these Defendants sufficient time to investigate Plaintiffs' amended cause of action and to formulate their response to Plaintiff's amended allegations and the bases therefor.

6. No party will be prejudiced by the stipulated extension, nor will the stipulated extension unduly delay or any other improper reason.

///

///

///

///

///

///

DE 10300731.2

IT IS SO STIPULATED

| | |
|---|---|
| Dated this 19th day of August 2025. | Dated this 19th day of August 2025. |
| **ANGULO LAW GROUP** | **SPENCER FANE LLP** |
| By: */s/ Peter M. Angulo* <br> PETER M. ANGULO, Esq. <br> 5545 S. Mountain Vista St., Ste. F <br> Las Vegas. Nevada 89120 <br> *Attorneys for Plaintiffs* | By: */s/ Tiffany Solari* <br> Mary E. Bacon, Esq. <br> (NV Bar No. 12686) <br> Tiffany Solari <br> (Nevada Bar No. 16003) <br> Kurt M. Rozelsky <br> (*pro hac vice*) <br> **SPENCER FANE LLP** <br> 6300 S. Fourth Street, Suite 950 <br> Las Vegas, Nevada 89101 <br> Telephone: 702.408.3400 <br> Facsimile: 702.408.3401 <br> Email: mbacon@spencerfane.com <br> Email: tsolari@spencerfane.com <br> Email: krozelsky@spencerfane.com <br> *Attorneys for United Services Automobile Association, USAA Casualty Insurance Company, and Garrison Property and Casualty Insurance Company* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 20, 2025

DE 10300731.2