Mary E. Bacon (Nevada Bar No. 12686)
Tiffany Solari (Nevada Bar No. 16003)
Kurt M. Rozelsky (admitted pro hac vice)
SPENCER FANE LLP 6300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: mbacon@spencerfane.com
Email: tsolari@spencerfane.com
Email: krozelsky@spencerfane.com

*Attorneys for United Services Automobile Association,*
*USAA Casualty Insurance Company, and*
*Garrison Property and Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLISON KAREN, individually; GUDRUN KAREN, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED SERVICES AUTOMOBILE ASSOCIATION, an insurance exchange; USAA CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Nevada; GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Nevada; AUTO INJURY SOLUTIONS, INC., a foreign corporation doing business in Nevada; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No. 2:24-cv-02089-CDS-DJA <br><br> **STIPULATION TO EXTEND DISCOVERY DEADLINES** <br> (Third Request) |

Plaintiffs Allison Karen and Gudrun Karen ("***Plaintiffs***"), Defendants United Services Automobile Association, USAA Casualty Insurance Company and Garrison Property and Casualty Insurance Company (collectively, "***USAA***"), by and through their respective attorneys of record, hereby submit the following Stipulation to Extend Discovery Deadlines. The parties submitted a First Stipulation on March 20, 2025 (ECF 33), which was granted on March 21, 2025 (ECF 34).

The parties submitted a Second Stipulation on June 2, 2025, (ECF 49) which was granted on June 6, 2025 (ECF 50). This is the third request to extend the deadlines in the scheduling order.

**A.   DISCOVERY COMPLETED TO DATE.**

1. The Rule 26(f) conference was held on January 29, 2025.

2. Plaintiffs served their initial and first supplemental disclosures on February 19 2025.

3. On February 26, 2025, USAA served their initial disclosures.

4. On March 20, 2025, AIS served their initial disclosures.

5. Plaintiffs served their first set of interrogatories, requests for admission, and requests or production of documents to USAA March 18, 2025. USAA responded to this discovery on May 30, 2025 and June 6, 2025.

6. USAA served its first set of interrogatories, requests for admission, and requests for production of documents to Plaintiffs on March 20, 2025. Plaintiffs responded to this discovery on April 17, 2025.

7. Plaintiffs served their fourth and fifth supplemental disclosures on July 16, 2025 and July 17, 2025.

8. Plaintiffs depositions are expected to take place in December 1 – 2, 2025.

**B.   DISCOVERY THAT REMAINS TO BE COMPLETED.**

The parties anticipate completing the following discovery:

1. Additional disclosures.

2. Subpoenas to third parties for records.

3. Expert disclosures.

4. Depositions of parties, potential third-party witnesses, and expert witnesses.

//
//
//
//
//

**C.  REASONS WHY DEADLINE WAS NOT SATISFIED/GOOD CAUSE FOR REQUEST.**

Shortly after Defendants filed its First Stipulation to Extend Discovery (ECF 33), the law firm of Spencer Fane, LLP substituted in as counsel for the Defendants (ECF 37-42). In the process of this transition, and the pro hac admission of additional counsel (ECF 48), the parties diligently worked to respond to written discovery.

Additionally, this case involves two plaintiffs who were both involved in two separate automobile collisions and submitted insurance claims for injuries reportedly sustained in the respective collisions. There is currently a pending Motions to Dismiss filed by Defendants which, depending on the ruling of this Court, will alter the scope and direction of discovery (or even the need to answer discovery at all). Despite the potential impact of the pending motion on discovery, both parties have prepared, served and answered written discovery.

Since the last scheduling extension, the issues have become more defined following the parties' written discovery and supplemental disclosures, clarifying the scope and order of the necessary depositions. The parties have engaged in meet and confer discussions regarding discovery scope and are working cooperatively. However, neither party has been able to schedule depositions due to scheduling conflicts. Further, the parties have amended the pleadings and motions related to the amendments are fully briefed and pending. Finally, the parties are also engaging in settlement talks and need additional time for discovery as these talks continue.

Given the complexity of the claims at issue, the parties anticipate the need for additional expert witnesses to address liability and damages in this case, specifically in the fields of orthopedics, neurology and insurance claim handling practices. The parties are working on obtaining deposition dates and have discussed the deposition of Plaintiff occurring in the early weeks of December. Both parties' deposition testimony will need to be reviewed by the experts in this case in the formation of their opinions and drafting of their reports. Of concern to the parties and their counsel is that the parties will not be able to complete the necessary depositions in time for transcripts to be provided to affirmative experts, for whom the initial disclosure deadline is currently December 15, 2025. The requested extension should afford the parties sufficient time to

1  receive a ruling from the Court on the pending motions, conduct additional factual discovery and
2  provide their respective experts with the necessary discovery materials to avoid or minimize the
3  need for supplemental expert disclosures based on newly received information. While this is the
4  parties' third request to modify the schedule, each stipulation has been made jointly and in good
5  faith. The parties continue to work cooperatively and submit this request in good faith.

6  **D.    PROPOSED DISCOVERY SCHEDULE.**

7  Pursuant to LR 26-3, the parties propose to extend the current deadlines and jointly
8  submit the following to the Court:

9  **1.    Discovery Cut-Off Date:** The current discovery cut-off date is February 11, 2026.
10 The parties are requesting a one hundred twenty (120) day extension of this deadline up to
11 and including **June 11, 2026.**

12 **2.    Deadline for Amending Pleadings or Adding Parties:** The current deadline is
13 November 13, 2025. There is no need to extend this deadline**.**

14 **3.    FRCP Rule 26(a)(2) Disclosures:** The current deadline is December 15, 2025, for
15 initial expert disclosures and January 14, 2025, for rebuttal expert disclosures. The parties request
16 a one hundred twenty (120) day extension of these deadlines up to and including April 14, 2026
17 for initial experts and **May 14, 2026** for rebuttal experts.

18 **4.    Dispositive Motions**: The current deadline for filing dispositive motions is March
19 13, 2026. The parties request a one hundred twenty (120) day extension of this deadline up to
20 and including **July 11, 2026.**

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

5.    **Pre-Trial Order**: the current deadline to file the joint pretrial order is April 14, 2026, unless otherwise suspended under LR26-1B5. The parties request a 120-day extension of this deadline up to and including **August 12, 2026.**

Dated this 21st day of November, 2025.

| ANGULO LAW GROUP, LLC | SPENCER FANE LLP |
|---|---|
| /s/ Peter M. Angulo | /s/ Tiffany Solari |
| Peter M. Angulo, Esq. (NV Bar No. 3672) | Mary E. Bacon, Esq. (NV Bar No. 12686) |
| Joseph R. Smith, Esq. (NV Bar No. 13961) | Tiffany Solari, Esq. (NV Bar No. 16003) |
| 5545 S. Mountain Vista St., 2nd Floor | Kurt M. Rozelsky, Esq. (pro hac vice) |
| Las Vegas, Nevad 89120 | 300 S. Fourth Street, Suite 950 |
| | Las Vegas, NV 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for United Services Automobile Association, USAA Casualty Insurance Company, and Garrison Property and Casualty Insurance Company* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11/25/2025