# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Allison Karen, et al., | Case No. 2:24-cv-02089-CDS-DJA |
| Plaintiffs | **Order Directing Parties to File a Proposed Joint Pretrial Order** |
| v. | |
| United Services Automobile Association, et al., | |
| Defendants | |

In February, I granted in part the motion to dismiss filed by defendants United Services Automobile Association (USAA), USAA Casualty Insurance Company, and Garrison Property and Casualty Insurance Company. Order, ECF No. 61. The plaintiffs, Allison and Gudrun Karen, were granted leave to file a second amended complaint no later than March 4, 2026. *Id.* at 12. Because the Karens did not amend by that deadline, the court assumes that they have elected to proceed on the remaining claims in the first amended complaint. Accordingly, the parties must meet and confer to submit a proposed joint pretrial order.

It is therefore ordered that the parties must prepare and file a proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by April 6, 2026.

Dated: March 5, 2025

_____
Cristina D. Silva
United States District Judge